ACCEPTED
15-24-00014-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/6/2025 10:46 AM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/6/2025 10:46:23 AM
CHRISTOPHER A. PRINE
Clerk

**Ron Beal**
**Professor Emeritus & Attorney at Law**
**2530 Wooddale Circle**
**Waco, TX 76710**
**(254)-366-4198**
**ron_beal@baylor.edu**

15th Court of Appeals                                    March 6, 2025
P.O. Box 12852
Austin, TX 78711

> Re:    TCEQ v. Harrison Cty.
>        **Case No: 15-24-00014-CV**
>        Amicus Brief

Dear Honorable Justices of the 15th Court of Appeals:

I have received no compensation for the preparation, writing and filing of this amicus brief.

The entire contested case process which was intended by the Legislature to secure fair and reasonable hearings is truly predicated on the last step that the agency must complete; to set forth in writing the exact law applicable and what it means, then set forth the exact underlying, basic facts the agency determined to be proven by a preponderance of the evidence, and to finally apply the law to those facts to determine the result.

Without these detailed findings, the hearing is a farce, and any appeal is a farce for a party has no meaningful basis to establish that harm has occurred.

This Court must declare any order that does not comply with 2001.141 to be void or the complete Legislative intent will be eviscerated.

Sincerely,

/s/ Ron Beal
Ron Beal
Professor Emeritus of Law

Bar No. 24005041
2530 Wooddale Circle
Waco, TX 76710
(254) 366-4198
ron_beal@baylor.edu

**CERTIFICATE OF COMPLIANCE**

I certify that this document was produced on a computer using Microsoft Word and contains 251 words, as determined by the computer's software's word count function, excluding the sections of the document listed in Texas Rules of Appellate Procedure 9.4(i)(1).

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on March 6, 2025, by e-file and/or electronic mail in accordance with the Texas Rules of Civil Procedure to the following:

**Appellant TCEQ**

Jake Marx
J. Amber Ahmed
Office of the Attorney General
P.O. Box 12548, (MC-066)
Austin, TX 78711-2548

**Cross Appellant/Appellee: Volvo Cars**

James P. Allison
1301 Nueces Street, Suite 201
Austin, TX 78701

<u>/s/ Ron Beal</u>

Ron Beal
Bar No. 24005041

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ronald Beal on behalf of Ronald Beal
Bar No. 24005041
ron_beal@baylor.edu
Envelope ID: 98138001
Filing Code Description: Letter
Filing Description: Letter
Status as of 3/6/2025 10:51 AM CST

Associated Case Party: Harrison County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James P. Allison | | j.allison@allison-bass.com | 3/6/2025 10:46:23 AM | SENT |
| Legal Secretary | | allison.bass@allison-bass.com | 3/6/2025 10:46:23 AM | SENT |
| Julia McVey | | j.mcvey@allison-bass.com | 3/6/2025 10:46:23 AM | SENT |
| Susana Naranjo-Padron | | s.naranjo-padron@allison-bass.com | 3/6/2025 10:46:23 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| irene tong | | irene.tong@oag.texas.gov | 3/6/2025 10:46:23 AM | SENT |
| Jake Marx | | jake.marx@oag.texas.gov | 3/6/2025 10:46:23 AM | SENT |
| Shelby Thompson | | shelby.thompson@oag.texas.gov | 3/6/2025 10:46:23 AM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 3/6/2025 10:46:23 AM | SENT |